IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CLINE SANTANA,

      Plaintiff,

         v.

HSBC BANK USA N.A., et al.,

      Defendants.

Case No. 2:11-CV-233
JUDGE EDMUND A. SARGUS, JR.

## ORDER

The Plaintiff in this matter has filed a Notice of Voluntary Dismissal (Doc. 5).

Accordingly, this case is **DISMISSED**.

      **IT IS SO ORDERED.**

_2-27-2012_
**DATED**

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE